FILED

07 DEC 20 PM 12:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) Magistrate's Case No.: 07 MJ 2946
V. )
) **COMPLAINT FOR VIOLATION OF:**
JUAN MEZA-PADILLA )
) 21 U.S.C. S 952 & 960 -
) Importation of a Controlled Substance
)

The undersigned complainant being duly sworn states:

### COUNT ONE

That on December 19, 2007, within the Southern District of California, defendant JUAN MEZA-PADILLA did knowingly and intentionally import approximately 23.54 pounds/10.70 kilograms of Heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Special Agent, U.S. Immigration &
Customs Enforcement

Sworn to before me and subscribed in my presence this 20th day of December, 2007.

_____
UNITED STATES
MAGISTRATE/JUDGE

## STATEMENT OF FACTS

On 12/19/2007, at approximately 1730 hours, JUAN MEZA-PADILLA entered the U.S. from Mexico through the Port of Entry (POE) located in San Ysidro, California as the sole occupant and driver of a 1996 Dodge Ram truck bearing California license plate number 5H43744.

On 12/19/2007, Customs & Border Protection Officer (CBPO) Jeffrey Cranford reported that while working A-TCET pre-primary operations on lane 10, at the San Ysidro POE, at approximately 1730 hours, he made contact with a Dodge truck, bearing CA/US license plate 5H43744, driven by JUAN MEZA-PADILLA. CBPO Cranford reported that he received a negative customs declaration from MEZA-PADILLA. CBPO Cranford reported that MEZA-PADILLA stated that the Dodge Ram truck belonged to his wife. CBPO Cranford reported that he escorted the vehicle driven by MEZA-PADILLA to the vehicle secondary lot for further inspection after observing signs of nervousness from MEZA-PADILLA and a non-factory compartment inside of the vehicle's air intake manifold.

Canine Enforcement Officer (CEO) Eiichiro Ninomiya reported that on 12/19/2007, at approximately 1742 hours, his assigned narcotic detector dog screened the Dodge Ram truck, bearing CA/US license plate 5H43744, while in vehicle secondary, and alerted to an area underneath the engine of the truck.

CBPO Jose Garibay reported that on 12/19/2007, he performed an inspection on the Dodge Ram truck, bearing CA/US license plate 5H43744, and discovered a total of 3 wrapped packages concealed within the air intake manifold of the Dodge Ram truck. CBPO Jose Garibay reported that a black semi-solid substance removed from a randomly selected package field-tested positive for the presence of heroin. CBPO Jose Garibay reported 10.70 kilograms as the total weight of the heroin.

On 12/19/2007, at approximately 1844 hours, Special Agent Mike Brown advised MEZA-PADILLA of his Miranda Rights. MEZA-PADILLA verbally acknowledged his understanding of his Miranda Rights. Initially, MEZA-PADILLA stated that he agreed to bring the Dodge Ram truck containing drugs into the U.S. for $900.00 USD and to deliver the vehicle to a location to be told to him later via cell phone. MEZA-PADILLA stated that he did not know where the drugs were located in the truck or what type of drugs was in the truck. Later, during a recorded interview, at approximately 2100 hours, MEZA-PADILLA stated that he did not know drugs were in the truck and that he had only agreed to deliver the truck to the owner of the truck whom could not enter the U.S. San Diego Police Officer Martha Gasca acted as a Spanish/English translator during the interviews.