1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

5

6 Attorneys for Defendant Mr. Meza-Padilla

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    Case No. 07mj2946
                                    )
12              Plaintiff,          )
                                    )
13 v.                               )
                                    )    **NOTICE OF APPEARANCE**
14 **JUAN MEZA-PADILLA**,           )
                                    )
15              Defendant.          )
                                    )

16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the

19 above-captioned case.

20                                        Respectfully submitted,

21 Dated: December 31, 2007               s/ *Michelle Betancourt*
                                          **MICHELLE BETANCOURT**
22                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
23                                        michelle_betancourt@fd.org

24

25

26

27

28