FILED

08 JAN -9 PM 3:19

BY: POL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  08 CR 0090 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUAN MEZA-PADILLA,<br><br>    Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin;<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Heroin with Intent to Distribute |

The grand jury charges:

### Count 1

On or about December 19, 2007, within the Southern District of California, defendant JUAN MEZA-PADILLA did knowingly and intentionally import 1 kilogram and more, to wit: approximately 10.7 kilograms (23.54 pounds) of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

JDM:em:San Diego
1/4/08

<u>Count 2</u>

On or about December 19, 2007, within the Southern District of California, defendant JUAN MEZA-PADILLA did knowingly and intentionally possess, with intent to distribute, 1 kilogram and more, to wit: approximately 10.7 kilograms (23.54 pounds) of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney