|   |   |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | JOSEPH S. SMITH, JR.<br>Assistant U.S. Attorney |
| 3 | California Bar No. 200108<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Tel.: (619) 557-5669/(619) 557-5915 (Fax)<br>Email: joseph.smith@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0090-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| JUAN MEZA-PADILLA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

"NONE"

JSS:klb:ECF:NA:Meza-Padilla
January 18, 2008

1

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u>
2 | receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 | Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4 | "None"

5 | Please call me if you have any questions about this notice.

6 | DATED:   January 18, 2008.

                                                  Respectfully submitted,

                                                  KAREN P. HEWITT
United States Attorney

s/Joseph S. Smith, Jr.
_____
JOSEPH S. SMITH, JR.
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Joseph.Smith@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0090-LAB |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JUAN MEZA-PADILLA, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Joseph S. Smith, Jr., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Notice of Appearance** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Michelle Betancourt, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2008.

s/ Joseph S. Smith, Jr.
JOSEPH S. SMITH, JR.