| | |
|---|---|
| 1 | **MICHELLE BETANCOURT** |
| | California State Bar No. 215035 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
| | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5008 |
| | Telephone: (619) 234-8467 |
| 4 | michelle_betancourt@fd.org |
| 5 | Attorneys for Mr. Meza-Padilla |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| UNITED STATES OF AMERICA, | ) | Case No.: 08CR0090-LAB |
|---|---|---|
| Plaintiff, | ) | Date: February 19, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| | ) | **NOTICE OF MOTIONS AND** |
| JUAN MEZA-PADILLA, | ) | **MOTIONS TO:** |
| | ) | |
| Defendant. | ) | **(1) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;** |
| | ) | **(2) SUPPRESS STATEMENTS;** |
| | ) | **(3) PRESERVE AND INSPECT EVIDENCE;** |
| | ) | **(4) COMPEL DISCOVERY; AND** |
| | ) | **(5) GRANT LEAVE TO FILE FURTHER MOTIONS** |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       JOSEPH S. SMITH, JR., ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that, on February 19, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, Juan Meza-Padilla, by and through his attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

//
//
//
//

## **MOTIONS**

Defendant, Mr. Meza-Padilla, by and through his attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Dismiss the Indictment Due to Misinstruction of the Grand Jury;
(2) Suppress Statements;
(3) Preserve and Inspect Evidence;
(4) Compel Discovery; and
(5) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: February 5, 2008

 */s/ Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Meza-Padilla
E-mail: michelle_betancourt@fd.org