1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile:    (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Defendant

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   Case No. 08CR0090-LAB
                                        )
12            Plaintiff,                )
                                        )
13 v.                                   )   PROOF OF SERVICE
                                        )
14 **JUAN MEZA-PADILLA**,               )
                                        )
15            Defendant.                )
                                        )
16

17            Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20
            Joseph S. Smith
21          U S Attorney CR
            Joseph.Smith@usdoj.gov; Efile.dkt.gc2@usdoj.gov
22

23 Dated:     February 5, 2008              *s/ Michelle Betancourt*
                                            MICHELLE BETANCOURT
24                                          Federal Defenders
                                            225 Broadway, Suite 900
25                                          San Diego, CA 92101-5030
                                            (619) 234-8467  (tel)
26                                          (619) 687-2666  (fax)
                                            e-mail: michelle_betancourt@fd.org
27

28