KAREN P. HEWITT
United States Attorney
MICHAEL F. KAPLAN
Assistant U.S. Attorney
California State Bar No. 185759
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 557-5101
e-mail address:  Michael.Kaplan@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR0090-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| JUAN MEZA-PADILLA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Joseph S. Smith, Jr.

//

//

//

//

MFK:klb:ECF NOA: 08cr0090-LAB
February 12, 2008

1  Effective this date, the following attorneys are no longer associated with this case and should not
2  receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3  Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):
4  None
5  Please call me if you have any questions about this notice.
6  DATED:  February 12, 2008.

        Respectfully submitted,

        KAREN P. HEWITT
        United States Attorney

        s/ Michael F. Kaplan
        MICHAEL F. KAPLAN
        Assistant United States Attorney
        Attorneys for Plaintiff
        United States of America
        Email:Michael.Kaplan@usdoj.gov

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08cr0090-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JUAN MEZA-PADILLA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Michael F. Kaplan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Notice of Appearance** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

MICHELLE BETANCOURT, ESQ.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2008.

                                              s/   Michael F. Kaplan  
                                              MICHAEL F. KAPLAN