MICHELLE BETANCOURT
California Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 ext. 3737
michelle_betancourt@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08CR0090-LAB |
| Plaintiff, | Date: February 19, 2008<br>Time: 2:00 p.m. |
| v. | DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS STATEMENTS. |
| JUAN MEZA-PADILLA, | |
| Defendant. | |

COMES NOW, the defendant, Mr. Juan Meza-Padilla, by and through his attorneys, Michelle Betancourt, and Federal Defenders of San Diego, Inc., and hereby files this Declaration in Support of Defendant's Motion to Suppress Statements.

Respectfully Submitted,

DATED:   February 19, 2008

MICHELLE BETANCOURT
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Meza-Padilla

```
 1  MICHELLE BETANCOURT
    California Bar No. 215035
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467 ext. 3737
 4  michelle_betancourt@fd.org

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR0090-LAB |
| Plaintiff, ) | |
| v. ) | DECLARATION OF |
| JUAN MEZA-PADILLA, ) | <u>JUAN MEZA-PADILLA</u> |
| Defendant. ) | |

I, Juan Meza-Padilla, declare under penalty of perjury:

1. I am the defendant in the above-captioned case and make this declaration in support of a motion filed by my attorney.

2. On December 19, 2007, I was arrested at the San Ysidro Port of Entry.

3. I was interrogated on two occasions. The first time I was in a holding cell. The second time I was in an office. I was handcuffed for the second interrogation.

4. Although I have been living the U.S. for many years, I have a limited understanding of the English language. I have never formally taken English classes. I speak Spanish in my everyday life, including at work. I also speak Spanish with my wife and my children.

5. Throughout my detention and the questioning, I was very nervous and scared.

6. When Special Agent Mike Brown first began to question me, he spoke to me in the

English language. Because I did not understand what he was saying, I asked for an interpreter.

7. Officer Gasca was brought in to serve as my interpreter. She would interpret some of the things that Agent Brown said, however, it did not appear that she was interpreting word for word.

8. Throughout the first and second interrogation, Agent Brown continued to speak to me in English as if I fully understood him even though I had asked for the interpreter. I would have to actively turn to Officer Gasca and ask her to translate what Agent Brown had just said to fully understand him.

9. During the first interrogation, Officer Gasca appeared to be reading from a piece of paper. After reading the page, she asked me if I was willing to talk to the agent. I agreed to talk to the agent but I did not understand that I had the right to remain silent. Also, I did not understand that I had the right to have an attorney present during any questioning by the officers.

10. The first interrogation took place at about 6:30 p.m. About two hours later, at about 8:40 p.m., I was taken into an office and handcuffed to the metal table.

11. Once in the office, Officer Gasca read a paragraph from another piece of paper. She did not read the entire page to me or tell me about my right to remain silent or to have an attorney present. After reading the paragraph, she just asked me if I understood and to sign it. I signed the form and then continued answering questions about the same things that Agent Brown and Officer Gasca had already asked me about.

12. At one point during the second interrogation, I asked to consult with an attorney but I was not given the chance to do so because the officers continued to question me.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 2-19-08

_____
JUAN MEZA-PADILLA