Jeremy C. Dzubay (SB# 238649)
1333 Camino Del Rio South 201B
San Diego CA 92108
Tel: (619) 683-7666
Fax: (619) 683-7672
jdzubay@rocketmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>vs.<br>**JUAN MEZA-PADILLA,**<br>Defendant. | Case No.: 08-CR-0090<br><br>**SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER** |

TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND THE OFFICES OF FEDERAL DEFENDERS OF SAN DIEGO INC.:

I, **JUAN MEZA-PADILLA**, hereby substitute Attorney **JEREMY C. DZUBAY** in place of Attorney **MICHELLE BETANCOURT**, of the Offices of Federal Defenders of San Diego, Inc., as my attorney of record in the above-entitled case.

**I CONSENT TO THE SUBSTITUTION.**

DATED: 2-24-08       by: _[signature]_
                          JUAN MEZA-PADILLA, Defendant

DATED: 2/22/2008     by: _[signature]_
                          JEREMY C. DZUBAY, Attorney

DATED: 2/26/08       by: _[signature]_
                          MICHELLE BETANCOURT, Attorney

SUBSTITUTION OF ATTORNEY AND
PROPOSED ORDER
Case No. 08-CR-0090