UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br>             Plaintiff, <br><br>    vs. <br><br> **JUAN MEZA-PADILLA**, <br><br>             Defendant. | Case No.: 08-CR-0090 <br><br> **ORDER** |

Good cause appearing, **IT IS HEREBY ORDERED,** that Jeremy Dzubay be substituted for Michelle Betancourt as the attorney of record for Juan Meza-Padilla in the above captioned matter.

DATED: March 3, 2008

_____
Honorable District Court Judge

SUBSTITUTION OF ATTORNEY AND
PROPOSED ORDER

Case No. 08-CR-0090