PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA


FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  CP  DEPUTY

U. S. A. vs. MEZA-PADILLA, JUAN
Reg. 06769-298

Docket No. 08CR0090-LAB-001

### Petition for Action on Conditions of Pretrial Release

Comes now Anthony W. Ortiz Pretrial Services Officer presenting an official report upon the conduct of defendant Juan Meza-Padilla who was placed under pretrial release supervision by the Honorable Leo S. Papas sitting in the court at San Diego, on the third day of January, 2008, under the following conditions:

restrict travel to Southern District of California; restrict travel to Central District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment; clear all warrants/FTA's within 45 days of release, and participate in a Global Positioning System (GPS) satellite monitoring program and remain at a specified residence (curfew) between the hours of 8:00 p.m. and 5:00 a.m. daily.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

<u>Conditions violated</u>: Participate in a Global Positioning System (GPS) satellite monitoring program and remain at a specified residence (curfew) between the hours of 8:00 p.m. and 5:00 a.m.

1. The defendant violated rule #4 of the GPS Monitoring Program: "...Failure to wear or charge the "Tag" as directed will be considered a violation."
2. The defendant did not return to his residence at his court ordered curfew time of 8:00 p.m.

<u>Grounds for violation:</u>
1. I have received and reviewed the GPS rules and regulations from the Central District of California signed by the defendant.
2. I received information from PSO Ruedas on March 25, 2008, indicating the defendant failed to return to his residence at his court ordered curfew time of 8:00 p.m..

**PRAYING THE COURT WILL ORDER A NO-BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST IN ORDER TO BRING HIM BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this __24__ day of __MARCH__, 2008 and ordered filed and made a part of the records in the above case.

_____
Larry A. Burns, U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/25/08

Respectfully,

_____
Anthony Ortiz, U.S. Pretrial Services Officer
(619) 557-6323

Place   San Diego, California

Date    March 25, 2008