Jeremy C. Dzubay (SB# 238649)
1333 Camino Del Rio South 201B
San Diego CA 92108
Tel: (619) 683-7666
Fax: (619) 683-7672
jdzubay@rocketmail.com

Attorney for Juan Meza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br><br> vs. <br><br> **JUAN MEZA-PADILLA**, <br><br> Defendant. | Case No.: 08-CR-0090 <br><br> **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS** <br><br> Trial: April 15, 2007 <br><br> Judge Burns |

Defendant Juan Meza-Padilla (Meza), hereby files proposed voir dire questions for his trial set to begin on April 15, 2008.

## SYNOPSIS

Meza is accused of knowingly trying to smuggle heroin from Mexico into the United States.

//

//

//

PROPOSED VOIR DIRE QUESTIONS

1. Do you know anyone who has used illegal drugs?

2. Has someone close to you battled drug addiction? How did the experience affect you?

3. Has someone close to you, ever been prosecuted for using illegal drugs? What was your impression of the legal process?

4. Have you ever been blamed for something or discriminated against based upon your association with someone else?

5. Has anyone close to you ever been blamed for something or discriminated against based upon their association with someone else?

6. What is your favorite radio program?

7. Does your car have any bumper stickers? What are they?

8. Do you think criminals have too many rights these days? Why?

9. Do you know anyone who has their own business?

10. Do you know anyone who travels often between Mexico and the United States.


DATED: 04/09/2008

          s/ Jeremy Dzubay
          Attorney for Juan Meza-Padilla