UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUAN MEZA-PADILLA,<br><br>    Defendant. | Case No.: 08-CR-0090<br><br>**PROOF OF SERVICE** |

I CERTIFY THAT:

I, JEREMY DZUBAY, am a U.S. citizen over the age of 18. My business address is 1333 Camino Del Rio S, Ste 201B, San Diego CA 92108.

I am not a party to this action. I electronically served DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS on the following parties via the ECF system.

**-US Attorney for the So. Dist. Of CA**
**-AUSA Michael Kaplan**
**-AUSA Joseph Smith**

I declare under penalty of perjury that the above is true.

April 9, 2008

                                        /s/ Jeremy Dzubay
                                        JEREMY DZUBAY