UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 08-CR-0090 |
|---|---|
| Plaintiff, | ) **PROOF OF SERVICE** |
| vs. | ) |
| JUAN MEZA-PADILLA, | ) |
| Defendant. | ) |

I CERTIFY THAT:

I, JEREMY DZUBAY, am a U.S. citizen over the age of 18. My business address is 1333 Camino Del Rio S, Ste 201B, San Diego CA 92108.

I am not a party to this action. I electronically served DEFENDANT'S MOTIONS IN LIMINE on the following parties via the ECF system.

**-US Attorney for the So. Dist. Of CA**
**-AUSA Michael Kaplan**
**-AUSA Joseph Smith**

I declare under penalty of perjury that the above is true.

April 3, 2008

                                           /s/ Jeremy Dzubay

                                           JEREMY DZUBAY