KAREN P. HEWITT
United States Attorney
JOSEPH S. SMITH, JR.
Assistant U.S. Attorney
California State Bar No. 200108
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101
Telephone:  (619) 557-5669
Facsimile:  (619) 557-3445
E-mail: joseph.smith@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No.  08cr0090-LAB |
| Plaintiff,  ) | |
| ) | DATE: May 19, 2008 |
| v.  ) | TIME:  2:00 p.m. |
| ) | |
| JUAN MEZA-PADILLA,  ) | NOTICE OF MOTION AND MOTION |
| ) | FOR JUDGMENT ON DEFAULT |
| Defendant.  ) | |

TO: W. SAMUEL HAMRICK, JR., CLERK OF THE COURT, AGENT FOR THE OBLIGORS; THE DEFENDANT, JUAN MEZA-PADILLA; AND HIS ATTORNEY, JEREMY C. DZUBAY:

PLEASE TAKE NOTICE that pursuant to Rule 46(e)(3), Federal Rules of Criminal Procedure, plaintiff, United States of America, will bring a motion for judgment on default on for hearing before this court in the courtroom of the Honorable Larry A. Burns, United States District Judge, United States Courthouse, 940 Front Street, San Diego, California, on May 19, 2008, at 2:00 p.m., or as soon thereafter as counsel can be heard.

The United States hereby moves this court to enter judgment against the above-named defendant in the sum of $100,000.00, upon a bond, a copy of which is attached hereto as Exhibit A.

//

//

JSS:klb:J&D:Meza-Padilla
April 18, 2008

The aforesaid bond was executed by defendant, Juan Meza-Padilla, on or about January 14, 2008, in the sum of $100,000.00, conditioned upon the defendant's appearance as in said bond set forth.

On April 14, 2008, the aforementioned bond was ordered forfeited for the failure of defendant to comply with the conditions thereof. A copy of the order is attached hereto as Exhibit B.

This motion is based upon the pleadings, records and proceedings in this cause, together with these motion papers.

DATED: April 18, 2008.

          Respectfully submitted,

          KAREN P. HEWITT
          United States Attorney

          /s/ Joseph S. Smith, Jr.
          JOSEPH S. SMITH, JR.
          Assistant U.S. Attorney