## INDEX OF ATTACHMENTS TO

## NOTICE OF MOTION AND MOTION FOR JUDGMENT ON DEFAULT

RE:  U.S. v. Juan Meza-Padilla
     Criminal Case No. 08cr0090-LAB

1. Certificate of Service

2. Exhibit A – Appearance Bond for U.S. v. Juan Meza-Padilla, Case No. 08cr0090-LAB and 07mj2946 signed January 14, 2008

3. Exhibit B – Minute Order Entry filed April 14, 2008 re forfeiture of bond