UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0090-LAB |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JUAN MEZA-PADILLA, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Joseph S. Smith, Jr., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Notice of Motion and Motion for Judgment on Default** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

<u>Defense Counsel for Defendant</u>:

Jeremy C. Dzubay, Esq.          jdzubay@rocketmail.com
1333 Camino Del Rio S, Suite 201B
San Diego, CA 92108

I hereby certify that I have also caused to be mailed the foregoing, by the United States Postal Service, to other suretites, non-ECF participants on this case as follows:

1. Juan Meza-Padilla
   32859 Batson Lane
   Wildomar, CA 92595

2. Maria Del Carmen Meza
   32859 Batson Lane
   Wildomar, CA 92595

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2008.

s/ Joseph S. Smith, Jr.
JOSEPH S. SMITH, JR.
joseph.smith@usdoj.gov