# EXHIBIT B

## Botiller, Karen (USACAS)

| | |
|---|---|
| From: | efile_information@casd.uscourts.gov |
| Sent: | Monday, April 14, 2008 3:13 PM |
| To: | casd.uscourts.gov@casd.uscourts.gov |
| Subject: | Activity in Case 3:08-cr-00090-LAB USA v. Meza-Padilla Motion Hearing |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 4/14/2008 at 3:12 PM PDT and filed on 4/14/2008
**Case Name:**      USA v. Meza-Padilla
**Case Number:**    3:08-cr-90
**Filer:**
**Document Number:** 33(No document attached)

Docket Text:
**Minute Entry for proceedings held before Judge Larry Alan Burns: Motion Hearing as to Juan Meza-Padilla held on 4/14/2008. Defendant not appearing. Government oral motion to forfeit bond - granted. All further bond hearings shall be held before Judge Larry Alan Burns. Jury trial vacated. Motion Hearing re: sureties set for 5/19/2008 02:00 PM in Courtroom 09 before Judge Larry Alan Burns. (Court Reporter EVA OEMICK).(Plaintiff Attorney Joseph Smith).(Defendant Attorney Jeremy Dzubay). (tlw)**

**3:08-cr-90-1 Notice has been electronically mailed to:**

Michael F Kaplan Michael.Kaplan@usdoj.gov, efile.dkt.nes@usdoj.gov, karen.botiller@usdoj.gov

Joseph S Smith, Jr joseph.s.smith@usdoj.gov, efile.dkt.nes@usdoj.gov, karen.botiller@usdoj.gov

Jeremy C Dzubay jdzubay@rocketmail.com, nunezenrique1@msn.com

**3:08-cr-90-1 Notice has been delivered by other means to:**

1