Jeremy C. Dzubay (SB# 238649)
1333 Camino Del Rio South 201B
San Diego CA 92108
Tel: (619) 683-7666
Fax: (619) 683-7672
jdzubay@rocketmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> vs. <br> **JUAN MEZA-PADILLA**, <br> Defendant. | Case No.: 08-CR-0090 <br><br> **DEFENSE COUNSEL'S UNOPPOSED MOTION TO WITHDRAW** |

Defense counsel, Jeremy Dzubay (Dzubay) hereby files his motion to withdraw as attorney for Juan Meza-Padilla (Meza).

### SYNOPSIS

Meza retained Dzubay to represent him in the above captioned action. On March 2, 2008, this Court ordered Dzubay be substituted in place of Meza's appointed counsel. Motions in limine were to be heard April 14, 2008; trial was to

begin April 15. Meza, out of custody on bond, was ordered to return on those dates.

March 27, 2008, pretrial services issued an order to show cause for Meza's alleged violation of his conditions of release. April 2, 2008, this Court issued an arrest warrant for Meza. On April 14, Meza failed to appear for the motion hearing. The jury trial was vacated.

## ARGUMENT

Despite his promise to do so, Meza failed to maintain communications with defense counsel after March 25, 2008. Dzubay's office unsuccessfully tried many times to contact Meza by telephone and even went to Meza's home in Wildomar, California. Because of the complete breakdowns in communication and cooperation, Dzubay motions this Court to allow him to withdraw as Meza's attorney. Dzubay contacted Assistant United States Attorney Michael Kaplan by telephone on April 24, 2008, and Mr. Kaplan said the United States did not oppose Dzubay's withdrawal.

## CONCLUSION

For the above reasons, Dzubay motions this Court to order him relieved as attorney for Mr. Meza.

April 24, 2008

s/ Jeremy Dzubay