Jeremy C. Dzubay (SB# 238649)
1333 Camino Del Rio South 201B
San Diego CA 92108
Tel: (619) 683-7666
Fax: (619) 683-7672
jdzubay@rocketmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> vs. <br> **JUAN MEZA-PADILLA**, <br> Defendant. | Case No.: 08-CR-0090 <br><br> **DECLARATION IN SUPPORT OF DEFENSE COUNSEL'S MOTION TO WITHDRAW** |

DECLARATION OF JEREMY DZUBAY

*I, Jeremy Dzubay, hereby declare:*

1. As of April 24, 2008, I am attorney of record for Juan Meza-Padilla in district court case number 08-CR-0090.

2. From March 25, 2008 to present, I have unsuccessfully attempted to contact Mr. Meza numerous times, at the addresses and phone numbers he provided me, for the

purpose of obtaining his assistance to prepare for his trial, previously scheduled for April 15, 2008.

3. Mr. Meza did not show up for his motion hearing on April 14, 2008.

4. Mr. Meza did not show up for his trial on April 15, 2008.

5. I am unable to provide Mr. Meza with effective assistance of counsel under the present circumstances as he has not assisted in his own defense, communicated with me since March 25, 2008, nor made the necessary court appearances.

6. I am unable to reasonably insure that I will be available when Mr. Meza's case recommences given that I have no idea of when that time may come.

7. On April 24, 2008, I spoke with AUSA Michael Kaplan and he said the United States does not oppose my withdrawal.

*Executed under penalty of perjury, April 28, 2008, in San Diego, California,*

s/ Jeremy Dzubay