UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JUAN MEZA-PADILLA,<br><br>        Defendant. | Case No.: 08CR0900<br><br>**CERTIFICATE OF SERVICE** |

IT IS CERTIFIED THAT:

    I, Jeremy Dzubay, am a citizen of the U.S., over age eighteen, and not a party to this action.  My business address is 1333 Camino Del Rio South, Ste 201B, San Diego CA 92108.  I caused service of DEFENSE COUNSEL'S MOTION TO WITHDRAW on the following parties by electronically filing with the Clerk of Southern District using the ECF system:

    **U.S. Attorney for the Southern District of California**

    **AUSA JOE SMITH**

    **AUSA MICHAEL KAPLAN,**

and by U.S. post, via a sealed, stamped, envelope, mailed to

    **JUAN MEZA-PADILLA**
    32859 Batson Lane
    Wildomar CA 92595

    I declare under penalty of perjury that the foregoing is true and correct. Executed April 28, 2008.

                                                     s/Jeremy Dzubay