UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>vs.<br><br>**JUAN MEZA-PADILLA,**<br>Defendant. | Case No.: 08-CR-0090<br><br>**ORDER RELIEVING DEFENSE COUNSEL** |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Jeremy Dzubay be relieved as attorney of record for Defendant Juan Meza-Padilla in the above captioned matter.

DATED: 4/30/08        By: *Larry A. Burns*
                                              U.S. District Judge

Case No. 08-CR-0090