1  KAREN P. HEWITT
   United States Attorney
2  JOSEPH S. SMITH, JR.
   Assistant U.S. Attorney
3  California State Bar No. 200108
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101
5  Telephone: (619) 557-5669
   Facsimile:  (619) 557-3445
6  E-mail: joseph.smith@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )   Criminal Case No. 08cr0090-LAB
                                    )
12           Plaintiff,             )
                                    )
13     v.                           )
                                    )
14 JUAN MEZA-PADILLA,               )   JUDGMENT ON DEFAULT
                                    )
15           Defendant.             )
                                    )

16

17     Defendant Juan Meza-Padilla, failed to appear on April 14, 2008, and answer the charge of the
18 plaintiff, United States of America, against him. Therefore, the bond posted in the above-entitled matter
19 on January 14, 2008, was and is forfeited. A motion for judgment on default was made by plaintiff,
20 United States of America, by and through its attorneys above named, and after due notice of said motion
21 having been served on all parties herein, including the clerk of the court as agent for the obligors on the
22 bond;
23     IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of
24 America, does have and recovers from defendant Juan Meza-Padilla, judgment in the sum of
25 $100,000.00. Judgment is to accrue interest at the current legal rate, compounded annually until paid in
26 full.
27     DATED: 5-19-08

28                                          _____
                                            HONORABLE LARRY A. BURNS
                                            UNITED STATES DISTRICT JUDGE