FILED
08 JUN -3 PM 2:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___CP___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Criminal No. 08CR90-LAB
                          )
              Plaintiff,  )
                          )
         v.               )   P R A E C I P E
                          )
JUAN MEZA-PADILLA,        )
                          )
              Defendant.  )
_____)

TO THE CLERK:

    Please issue an Abstract of Judgment.

CLAUDIA VAZQUEZ
Legal Assistant
Ext. 5730

Date issued: JUN 03 2008

CRIM_36