UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN -3 PM 2:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____cf____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v.  ) <br>  ) <br> JUAN MEZA-PADILLA, ) <br>  ) <br> Defendant. ) | Criminal No. 08CR90-LAB <br><br> P R A E C I P E |

TO THE CLERK:

    Please issue an Abstract of Judgment.

CLAUDIA VAZQUEZ
Legal Assistant
Ext.5730

Date issued: JUN 03 2008

CRIM_36